Opinion approved by the Court.

## CONTRERAS v. STATE.

### No. 25760.

Court of Criminal Appeals of Texas.
March 19, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

110

BEAUCHAMP, Judge.

The appeal is from a conviction for driving a motor vehicle while intoxicated. In as much as appellant waived a jury and entered his plea of "guilty" before the court, the court assessed his penalty at a fine of $50.

The record as brought forward contains neither a statement of facts nor bill of exception. All the proceedings appear regular and nothing is presented for review by this court.

The judgment of the trial court is affirmed.